# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Rayon M. James**

    vs.

**Lockheed Martin Corp., et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   1:05-CV-233

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S AMENDED COMPLAINT IS DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED JULY 26, 2005.

Dated:  July 26, 2005

*[signature]*
Clerk of Court

s. S. Potter
By:  Deputy Clerk